JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NORMAN KENYON,                          )     No. CV 13-6266 CW
                                        )
                    Plaintiff,          )     JUDGMENT
                                        )
          v.                            )
                                        )
CAROLYN W. COLVIN,                      )
Commissioner of Social                  )
Security Administration,                )
                                        )
                    Defendant.          )
_____)

   **IT IS ADJUDGED** that this action is remanded to defendant for

further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)

and consistent with the accompanying Decision and Order.


DATED:  March 9, 2015


                              _____
                                   CARLA M. WOEHRLE
                              United States Magistrate Judge